**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VERN MUMMEY,** | : | No. 3:12cv1007 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **QUAD/GRAPHICS PRINTING CORP.,** | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 13th day of November 2014, defendant's motions in limine (Docs. 62, 64, 66, 68 & 70) are **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant's motion in limine to exclude plaintiff's claims for front pay (Doc. 62) is **DENIED**;

2. Defendant's motion in limine to exclude plaintiff's claims for compensatory and punitive damages (Doc. 64) is **GRANTED** as unopposed;

3. Defendant's motion in limine to exclude evidence that plaintiff was replaced (Doc. 66) is **DENIED**;

4. Defendant's motion in limine to exclude plaintiff's purported expert witness (Doc. 68) is **GRANTED** as unopposed; and

5. Defendant's motion in limine to exclude plaintiff's claims for

liquidated damages (Doc. 70) is **DENIED**.

It is **FURTHER ORDERED**, that the parties should be prepared to address defendant's second motion in limine (Doc. 83) at the pre-trial conference.

        **BY THE COURT:**

        <u>**s/ James M. Munley**</u>
        **JUDGE JAMES M. MUNLEY**
        **United States District Court**